AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Willams, Mary Ellen C. | US Court of Federal Claims | 12/29/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

717 Madison Place, N.W.
Suite 612
Washington, DC 20439

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member - Content Advisory Board | ABA Section of Intellectual Property Law |
| 2. | Council Member, Section Delegate | ABA Section of Public Contract Law |
| 3. | Member - Board of Visitors | Duke University School of Law |
| 4. | Adjunct Professor | Johns Hopkins University |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Willams, Mary Ellen C. | 12/29/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Self-employed - Financial Advisor |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABA and Administrative Office of the U.S. Courts | 1/19/2016-1/22/2016 | San Francisco, CA | ABA Forum on Construction Law | Lodging/Transportation/Food |
| 2. | ABA and Administrative Office of the U.S. Courts | 2/6/2016-2/9/2016 | San Diego, CA | ABA Mid-Year Meeting | Lodging/Transportation/Food |
| 3. | ABA | 3/11/2016-3/12/2016 | Annapolis, MD | ABA Federal Procurement Institute | Transportation |
| 4. | New York Intellectual Property Law Association | 4/1/2016-4/2/2016 | New York, NY | NYIPLA Annual Judges' Dinner | Lodging/Transportation |
| 5. | Administrative Office of the U.S. Courts | 4/11/2016 | Washington, DC | Federal Circuit Judicial Conference | Registration |

| Name of Person Reporting | Date of Report |
|---|---|
| **Willams, Mary Ellen C.** | 12/29/2017 |

| # | | | | | |
|---|---|---|---|---|---|
| 6. | Duke University School of Law | 4/14/2016–4/16/2016 | Durham, NC | Board of Visitors Meeting | Lodging/Transportation/Food |
| 7. | ABA and Administrative Office of the U.S. Courts | 8/5/2016-8/9/2016 | San Francisco, CA | ABA Annual Meeting | Lodging/Transportation/Food |
| 8. | ABA | 10/7/2016-10/8/2016 | Portland, ME | ABA Public Contract Law Fall Meeting | Lodging/Transportation |
| 9. | ABA | 11/16/2016-11/17/2016 | Chicago, IL | ABA SCOPO Fall Meeting | Lodging/Transportation |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Willams, Mary Ellen C. | 12/29/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Willams, Mary Ellen C. | 12/29/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Time Warner Common Stock (TWX) | A | Dividend | J | T | | | | | |
| 2. Time Warner Cable (TWC) | A | Dividend | | | Sold | 05/20/16 | J | A | |
| 3. Time Inc. New | A | Dividend | K | T | | | | | |
| 4. Abbott Lab Common Stock (ABVIE) | A | Dividend | K | T | | | | | |
| 5. Abbott Laboratories (ABT) | A | Dividend | J | T | | | | | |
| 6. Wells Fargo Checking | A | Interest | K | T | | | | | |
| 7. 6/10/91 Irrevocable Ins. Trust #1 Beneficiary | | None | | | Closed | 12/14/16 | O | E | |
| 8. 6/10/91 Irrecovcable Ins. Trust #2 Beneficiary | | None | | | Closed | 12/14/16 | O | E | |
| 9. Riversource Variable Universal Life Ins. (H) | | | | | | | | | |
| 10. -Fixed Account | | None | J | T | | | | | |
| 11. -VP Aggressive Class 4 | | None | L | T | | | | | |
| 12. Riversource Variable Universal Life Ins. (H) | | | | | | | | | |
| 13. -Fixed Account | | None | J | T | | | | | |
| 14. -VP Mod Aggressive Class 4 | | None | M | T | | | | | |
| 15. Wells Fargo (MM) | A | Interest | K | T | | | | | |
| 16. Wells Fargo Checking | A | Interest | K | T | | | | | |
| 17. Fidelity Adv. Level Co. Stock-A (FLSAX) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Willams, Mary Ellen C. | 12/29/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Adv. Stock Sel. Cap Cl. A (FMAMX) | A | Dividend | L | T | | | | | |
| 19. Fidelity Adv. Diverse Int'l-A (FDVAX) | A | Dividend | J | T | | | | | |
| 20. RVS Variable Annuity (IRA) Navigator-VP-MOD. AGG. PORT. | A | Dividend | | | Redeemed | 12/14/16 | N | A | |
| 21. Ameriprise MM | A | Interest | L | T | | | | | |
| 22. Ameriprise Cash | A | Interest | J | T | | | | | |
| 23. Pimco Income Cl. A (PONAX) | A | Dividend | M | T | | | | | |
| 24. Ameriprise (AMP) | A | Dividend | K | T | | | | | |
| 25. Nuveen Core Div Cl. A (NCDAX) | A | Dividend | K | T | | | | | |
| 26. Catalyst Insider Buying CLA (INSAX) | A | Dividend | K | T | | | | | |
| 27. IShares MBS ETF (MBB) (X) | A | Dividend | K | T | Buy | 07/01/16 | K | | |
| 28. Vanguard High Dividend Yield ETF (VYM) (X) | C | Dividend | M | T | Buy | 07/01/16 | M | | |
| 29. Vanguard Info Tech ETF (VGT) (X) | D | Dividend | M | T | Buy | 07/01/16 | M | | |
| 30. Vanguard Telecom Sertvices (ETF) (VOX) (X) | B | Dividend | M | T | Buy | 07/01/16 | M | | |
| 31. Abbvie Inc (ABBV) | A | Dividend | K | T | | | | | |
| 32. Altria Group Inc (MO) | B | Dividend | J | T | Sold (part) | 07/01/16 | J | A | |
| 33. Ares Capital Corp (ARCC) | B | Dividend | | | Sold | 07/01/16 | K | | |
| 34. BCE Inc New (BCE) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Willams, Mary Ellen C. | 12/29/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Deutsche MSCI Europe ETF (DBEU) | A | Dividend | | | Sold | 07/01/16 | K | | |
| 36. FT NYSE ARCA Biotech ETF (FBT) | | None | K | T | | | | | |
| 37. General Electric Company (GE) | D | Dividend | K | T | Sold (part) | 07/01/16 | J | | |
| 38. Invesco Ltd (IVZ) | | None | | | Sold | 04/04/16 | K | | |
| 39. Johnson & Johnson (JNJ) | A | Dividend | K | T | Sold (part) | 07/01/16 | J | | |
| 40. Kimberly Clark Corp (KMB) | C | Dividend | K | T | Sold (part) | 07/01/16 | J | | |
| 41. Koninklijke Philips New (PHG) | A | Dividend | | | Sold | 07/01/16 | K | | |
| 42. Merck & Company Inc New (MRK) | A | Dividend | K | T | | | | | |
| 43. NRG Yield Inc A (NYLD) | | None | | | Sold | 10/01/15 | J | | |
| 44. National Grid PLC ADR (NGG) | | None | K | T | | | | | |
| 45. Paychex Inc (PAYX) | B | Dividend | K | T | Sold (part) | 07/01/16 | J | | |
| 46. PWRSH QQQ ETF (QQQ) | C | Dividend | L | T | | | | | |
| 47. Realty Income Corp (O) | | None | K | T | Sold (part) | 07/01/16 | J | | |
| 48. Finl Sel Sect SPDR ETF (XLF) | A | Dividend | | | Sold | 07/01/16 | K | | |
| 49. Wells Fargo & Co New (WFC) | A | Dividend | | | Sold | 10/04/16 | K | | |
| 50. Wells Fargo (WFC) (X) | A | Dividend | J | T | Buy (add'l) | 07/01/16 | J | | |
| 51. Dominion Res Inc VA New (D) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Willams, Mary Ellen C. | 12/29/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. FT NYSE ARCA Biotech ETF (FTB) | | None | K | T | | | | | |
| 53. GlaxoSmithKline PLC ADR (GSK) | A | Dividend | K | T | | | | | |
| 54. Maxim Integrated Prods (MXIM) | A | Dividend | K | T | | | | | |
| 55. Nucor Corp (NUE) | A | Dividend | K | T | | | | | |
| 56. Host Hotels & Resorts Inc (HST) | A | Dividend | | | Sold | 04/04/16 | K | A | |
| 57. Hlthcr Sel Sect SPDR ETF (XLV) | | None | J | T | | | | | |
| 58. United Bankshares Inc WV (UBSI) | A | Dividend | K | T | | | | | |
| 59. Clorox Company (CLX) | B | Dividend | K | T | | | | | |
| 60. Cracker Barrel Old Ctry (CBRL) | | None | K | T | | | | | |
| 61. Target Corp (TGT) | A | Dividend | K | T | | | | | |
| 62. Deutsche MSCI Europe ETF (DBEU) | | None | | | Sold | 07/01/16 | K | | |
| 63. Lockheed Martin (LMT) (X) | A | Dividend | J | T | Buy | 04/04/16 | J | | |
| 64. Lockheed Martin (LMT) (X) | A | Dividend | J | T | Buy (add'l) | 07/01/16 | J | | |
| 65. Cisco Systems (CSCO) (X) | B | Dividend | J | T | Buy | 07/01/16 | J | | |
| 66. Glaxo SmithKline PLC (GSK) (X) | B | Dividend | J | T | Buy | 07/01/16 | J | | |
| 67. Microsoft (MSFT) (X) | A | Dividend | J | T | Buy | 07/01/16 | J | | |
| 68. Simon Property Group (SPG) (X) | A | Dividend | K | T | Buy | 07/01/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Willams, Mary Ellen C. | 12/29/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Southern Co (SO) (X) | A | Dividend | K | T | Buy | 07/01/16 | K | | |
| 70. Target Corp (TGT) (X) | A | Dividend | J | T | Buy | 07/01/16 | J | | |
| 71. United Bancshares Inc WV (UBSI) (X) | A | Dividend | J | T | Buy | 07/01/16 | J | | |
| 72. Vanguard High Div Yield ETF (VYM) (X) | A | Dividend | K | T | Buy | 07/01/16 | K | | |
| 73. Vanguard Info Tech ETF (VGT) (X) | A | Dividend | K | T | Buy | 07/01/16 | K | | |
| 74. Vanguard Telecom (VOX) (X) | A | Dividend | K | T | Buy | 07/01/16 | K | | |
| 75. Verizon Communications (VZ) (X) | A | Dividend | K | T | Buy | 07/01/16 | K | | |
| 76. Metlife (MET) (X) | A | Dividend | K | T | Buy | 10/04/16 | K | | |
| 77. Williams Family Rev Trust (X) | | | O | | Open | 06/15/16 | O | | |
| 78. - Cash Ameriprise MM | A | Interest | L | T | Open | 06/15/16 | K | | |
| 79. - Eaton Vance Floating Rate CL A (EVBLX) | A | Dividend | K | T | Open | 12/14/16 | K | | |
| 80. - Eaton Vance Short Duration Govt Income CL A (EALDX) | A | Dividend | J | T | Open | 12/14/16 | J | | |
| 81. - Eaton Vance Global Macro Absolute Return Advntg CL A (EGRAX) | B | Dividend | K | T | Open | 12/14/16 | K | | |
| 82. - Federated High Income Bond CL A (FHIIX) | A | Dividend | J | T | Open | 12/14/16 | J | | |
| 83. - T Rowe Price Maryland Tax Free Bond (MDXBX) | E | Interest | N | T | Open | 07/22/16 | O | | |
| 84. - Medtronic PLC (MDT) | A | Dividend | J | T | Open | 12/14/16 | J | A | |
| 85. - Alphabet Inc CL C (GOOG) | A | Dividend | J | T | Open | 12/14/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Alphabet Inc CL A (GOOGL) | A | Dividend | J | T | Open | 12/14/16 | J | A | |
| 87. - Amazon.Com Inc (AMZN) | A | Dividend | J | T | Open | 12/14/16 | J | A | |
| 88. - Ameriprise Financial Inc (AMP) | A | Dividend | J | T | Open | 12/14/16 | J | A | |
| 89. - Apple Inc (AAPL) | A | Dividend | K | T | Open | 12/14/16 | K | A | |
| 90. - Celgene Corp (CELG) | A | Dividend | K | T | Open | 12/14/16 | K | A | |
| 91. - Cisco Systems Inc. (CSCO) | A | Dividend | J | T | Open | 12/14/16 | J | A | |
| 92. - Coca-Cola Company (KO) | A | Dividend | J | T | Open | 12/14/16 | J | A | |
| 93. - Colgate-Palmolive Company (CL) | A | Dividend | J | T | Open | 12/14/16 | J | A | |
| 94. - Comcast Corp CL A New (CMCSA) | A | Dividend | J | T | Open | 12/14/16 | J | A | |
| 95. - Conocophillips (COP) | A | Dividend | J | T | Open | 12/14/16 | J | A | |
| 96. - Walt Disney Co (DIS) | A | Dividend | J | T | Open | 12/14/16 | J | A | |
| 97. - Exxon Mobil Corp (XOM) | A | Dividend | J | T | Open | 12/14/16 | J | A | |
| 98. - Gilead Sciences Inc. (GILD) | A | Dividend | J | T | Open | 12/14/16 | J | A | |
| 99. - Intel Corp (INTC) | A | Dividend | J | T | Open | 12/14/16 | J | A | |
| 100. - Johnson & Johnson (JNJ) | A | Dividend | J | T | Open | 12/14/16 | J | A | |
| 101. - Mastercard Inc CL A (MA) | A | Dividend | J | T | Open | 12/14/16 | J | A | |
| 102. - McDonalds Corp (MCD) | A | Dividend | J | T | Open | 12/14/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 11 of 14

Name of Person Reporting

Willams, Mary Ellen C.

Date of Report

12/29/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Merck & Company Inc New (MRK) | A | Dividend | J | T | Open | 12/14/16 | J | A | |
| 104. - Metlife Inc. (MET) | A | Dividend | J | T | Open | 12/14/16 | J | A | |
| 105. - Netflix Inc. (NFLX) | A | Dividend | J | T | Open | 12/14/16 | J | A | |
| 106. - Oracle Corp (ORCL) | A | Dividend | J | T | Open | 12/14/16 | J | A | |
| 107. - PNC Financial Servcices Group Inc. (PNC) | A | Dividend | J | T | Open | 12/14/16 | J | A | |
| 108. - Proctor & Gamble Company (PG) | A | Dividend | J | T | Open | 12/14/16 | J | A | |
| 109. - Sector Healthcare Select Sector SPDR ETF (XLV) | A | Dividend | J | T | Open | 12/14/16 | J | A | |
| 110. - Sector Energy Select Sector SPDR ETF (XLE) | A | Dividend | J | T | Open | 12/14/16 | J | A | |
| 111. - Sector Financial Select Sector SPDR ETF (XLF) | A | Dividend | J | T | Open | 12/14/16 | J | A | |
| 112. - Sector Industrial Select Sector SPDR ETF (XLI) | A | Dividend | K | T | Open | 12/14/16 | K | A | |
| 113. - Select Sector TR Real Estate SPDR ETF (XLRE) | A | Dividend | J | T | Open | 12/14/16 | J | A | |
| 114. - Starbucks Corp (SBUX) | A | Dividend | J | T | Open | 12/14/16 | J | A | |
| 115. - Under Armour Inc CL A (UAA) | | None | J | T | Open | 12/14/16 | J | A | |
| 116. - Under Armour Inc CL C (UA) | | None | J | T | Open | 12/14/16 | J | A | |
| 117. - United Technologies Corp (UTX) | A | Dividend | J | T | Open | 12/14/16 | J | A | |
| 118. - Verizon Communications Inc. (VZ) | A | Dividend | J | T | Open | 12/14/16 | J | A | |
| 119. - Walgreens Boots Alliance Inc. (WBA) | A | Dividend | J | T | Open | 12/14/16 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Willams, Mary Ellen C. | 12/29/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. GTW/ACW Irrev Trust FBO JTW (X) | A | Interest | N | T | Open | 08/30/16 | N | A | |
| 121. GTW/ACW Irrev Trust FBO JAW (X) | A | Interest | N | T | Open | 08/30/16 | N | A | |
| 122. MetLife Stock (Y) | A | Dividend | J | T | | | | | |
| 123. | | | | | | | | | |
| 124. | | | | | | | | | |
| 125. | | | | | | | | | |
| 126. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Willams, Mary Ellen C. | 12/29/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Line 7 - This trust was dissolved upon the death of a family member on May 8, 2016, and the assets were transferred in kind to the Williams Family Rev. Trust on June 15, 2016 (cash) and December 14, 2016 (equities). The person reporting [ ] are trustees. The assets are listed separately in Section VII Lines 77-119.

Part VII Line 8 - This trust was dissolved upon the death of a family member on May 8, 2016. Insurance policy proceeds were transferred into two subordinate trusts on August 30, 2016. These trusts are listed in Section VII Lines 120-21.

Part VII Line 43 - NYLD sold on 10/01/15, no gain. Inadvertantly omitted from 2015 report.

Part VII Line 52 - This entry for FTB is a consolidation of lines 71 and 91 from the 2015 report.

Part VII Line 122 - I inadvertently failed to disclose this asset. I received stock in MetLife as a policyholder in 1999. I am no longer a MetLife policyholder as I exchanged that policy for Riversource Variable Universal Life Insurance in 2007.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Mary Ellen C. Willams**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544